John Ashcroft

**RETURN OF SERVICE**

CAB-02-214

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 1/3/2003 |
| NAME OF SERVER (PRINT)<br>Paula S. Waddle | TITLE<br>Attorney at Law |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED

☐ Returned unexecuted: _____

JAN 0 6 2003

Michael N. Milby
Clerk of Court

☒ Other (specify): Cert # 7001 1940 0003 1451 4822
Was Received by Mr. John Ashcroft, Attorney General, USA on 11/26/2002

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Jan 3, 2003
            Date

*Signature of Server*

107 N. 3rd. St. Harlingen, Texas 78550
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.