IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JAIME PEQUENO-MARTINEZ,        )
                                )
v.                              )
                                )   CIVIL ACTION NO. B-02-214
E.M. TROMINSKI, INS             )
DISTRICT DIRECTOR and           )
JOHN ASHCROFT, ATTORNEY         )
GENERAL OF THE UNITED STATES    )
_____ )

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

COME NOW, the Respondents, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and hereby files the administrative record of Petitioner JAIME PEQUENO-MARTINEZ with this Court for review.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
February 5, 2003        Federal Bar No. 23937

1

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Filing of Administrative Record was mailed via first class mail, postage prepaid to:

>Paula S. Waddle, Esquire
>South Texas Immigration Council
>107 N. Third St.
>Harlingen, TX 78550

on this 5th day of February, 2003.

_____
LISA M. PUTNAM
Special Assistant United States Attorney