United States District Court
Southern District of Texas
FILED

MAR 0 4 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JAIME PEQUENO-MARTINEZ | ) |
| | ) |
| v. | ) C.A. No. B-02-214 |
| | ) |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR, | ) |
| and | ) |
| JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES. | ) |

## PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO RESPONDENTS' MOTION TO DISMISS

The Petitioner, Jaime Pequeño-Martinez, through his counsel, makes this Unopposed Motion for an Extension of Time for the filing of a Response to the Motion to Dismiss of Respondents to March 20, 2003, and shows the Court as follows:

1. This Motion is filed pursuant to F.R.C.P. 5(b).

2. The Respondents' Motion to Dismiss filed under F.R.C.P. 12(b) was received on February 10, 2003. A Response is due to the Court on or about March 5, 2003.

3. The Attorney for Petitioner requests this extension of the deadline to file a Response to the Motion to Dismiss to March 20, 2003, for the following reason:

The Petitioner's counsel has a number of court matters previously scheduled to which she must attend. These include a briefing deadline for the Fifth Circuit Court of Appeals on March 10, 2003. In addition, a pre-trial hearing with several motions for argument before the McAllen, Texas U.S. District Court is scheduled for March 5, 2003, and the Petitioner's counsel has Immigration Court hearings in Harlingen and at the Port Isabel Detention Center, Texas, throughout the week of March 3rd, 2003, with which she is the only person with the South Texas

Immigration Council personally familiar. Petitioner's counsel asserts that these deadlines will not allow her to meet fully the claims and assertions in the Respondents' Motion to Dismiss. She respectfully requests additional time to prepare a full and adequate Response to the Motion to Dismiss.

4. This request is not made for delay, but so that justice may be done. Counsel for Petitioner represents that the extension of time will allow her to meet fully the substantial issues raised in the Motion to Dismiss.

5. Prior to the filing of this Motion, Petitioner's counsel did speak by telephone on March 3, 2003, with Ms. Lisa Putnam, SAUSA, who indicated that the Respondents are unopposed to the motion.

Wherefore, Petitioner's counsel respectfully requests that the deadline for Response to the Respondents' Motion to Dismiss be extended to March 20, 2003, and for such other and further relief as is just.

Respectfully submitted,

Paula S. Waddle, Attorney in Charge
107 N. 3rd
Harlingen, TX 78550
(956) 425-6987
(956) 425-7434(fax)
State Bar No 26030400
Fed. I.D. No. 5674

Dated: March 3, 2003

### CERTIFICATE OF SERVICE

I, Paula S. Waddle, hereby certify that a copy of the foregoing was delivered by certified mail return receipt requested to Ms. Lisa Putnam, SAUSA, INS District Office, at 1701 Zoy, Harlingen, Texas 78550, this 4th day of March, 2003.

Paula S. Waddle

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JAIME PEQUENO-MARTINEZ ) | |
| ) | |
| v. ) | C.A. No. B-02-214 |
| ) | |
| E.M. TROMINSKI, INS DISTRICT ) | |
| DIRECTOR, ) | |
| and ) | |
| JOHN ASHCROFT, ATTORNEY ) | |
| GENERAL OF THE UNITED STATES. ) | |

**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE**

The Petitioner's Unopposed Motion for Extension of Time to File Response to Respondents' Motion to Dismiss having been duly filed in the above-entitled proceeding by Petitioner and the Court having considered the Motion; and the court having determined that the Motion should be granted on cause, it is

**Ordered** that the Petitioner's Unopposed Motion for Extension of Time to file Response be and hereby is granted in all things, and it is further ordered that _____, 2003 is established as the deadline for the filing of Petitioner's Response.

Dated: _____, 2003.

_____
**United States District Judge**