UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JAIME PEQUENO-MARTINEZ ) | |
| ) | |
| ) | |
| v. ) | C.A. No. B-02-214 |
| ) | |
| E.M. TROMINSKI, INS DISTRICT ) | |
| DIRECTOR, ) | |
| and ) | |
| JOHN ASHCROFT, ATTORNEY ) | |
| GENERAL OF THE UNITED STATES. ) | |

**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE**

The Petitioner's Unopposed Motion for Extension of Time to File Response to Respondents' Motion to Dismiss having been duly filed in the above-entitled proceeding by Petitioner and the Court having considered the Motion; and the court having determined that the Motion should be granted on cause, it is

**Ordered** that the Petitioner's Unopposed Motion for Extension of Time to file Response be and hereby is granted in all things, and it is further ordered that March 20, 2003 is established as the deadline for the filing of Petitioner's Response.

Dated: March 6, 2003.

_____
United States District Judge