*15*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 2 2003

Michael N. Milby
Clerk of Court

JAIME PEQUENO-MARTINEZ,          )
                                 )
v.                               )
                                 )    CIVIL ACTION NO. B-02-214
                                 )
E.M. TROMINSKI, INS              )
DISTRICT DIRECTOR and            )
JOHN ASHCROFT, ATTORNEY          )
GENERAL OF THE UNITED STATES     )
_____)

LIST OF RELATED CASES

COME NOW, the Respondents, by and through Michael T.
Shelby, United States Attorney for the Southern District of
Texas, and, as requested by the Honorable Judge Hanen, hereby
file this list of cases filed with the District Court in which
the primary issue is the retroactive application of the
interpretation of the law relating to "aggravated felony" and
the alleged due process violations that result in retroactively
applying the decision in U.S. v. Hernandez-Avalos, 251 F.3d 505
(5th Cir. 2001) to convictions prior to the date of that
decision.

The following cases were consolidated for hearing before
Magistrate Judge Recio.  The hearing was held on January 24 &

1

25, 2003. Magistrate Judge Recio issued a Report and

Recommendation on March 26, 2003. The Government has filed its

objections to the Report and Recommendation. The Petitioners

have requested an extension of time to respond to the objections

and the Government did not oppose the request. The Petitioners

have requested until May 12, 2003, to file their responses:

| | | |
|---|---|---|
| Salazar-Regino, Laura | B-02-045 | (lead case) |
| Cantu-Delgadillo, Teodulo | B-02-114 | |
| Carrizalos-Perez, Daniel | B-02-136 | |
| Sandoval-Herrera, Manuel | B-02-138 | |
| Hernandez-Pantoja, Raul | B-02-197 | |
| Oviedo-Sifuentes, Jose | B-02-198 | |
| Lucio, Cesar | B-02-225 | |
| Rodriguez-Castro, Praxedis | B-02-228 | |
| Rangel-Rivera, Nohemi | B-03-002 | |

The following are cases in which motions to hold in

abeyance have been filed. Orders have been issued granting the

motions:

| | |
|---|---|
| Polanco-Gonzalez, Fernando | B-03-025 |
| Tapia-Santoy, Fernando | B-03-039 |

The following are cases in which motions to hold in

abeyance have been filed. Orders have not yet been issued:

| | | |
|---|---|---|
| Garza-Arizpe, Jaime | B-03-037 | (opposed motion) |
| Puga de Vasquez, Maria Luisa | B-03-050 | (unopposed motion) |

The following are new cases recently filed with the

District Court that the Government believes fall into this

group:

    Gonzalez-Barajas, Oscar        B-03-067
    Alamarz-Leyva, Ramon Javier    B-03-077
    Garza-Saenz, Jose Luis         B-03-079


The Government believes that this case and the case of

Eugenio Reyna-Montoya (B-02-144), both heard by this Court on

April 29, 2003, also fit into this group of cases with the

central issue being the retroactive application of the

interpretation of the law relating to "aggravated felony" and

the alleged due process violations that result.  In fact, Reyna-

Montoya was originally included in the list of consolidated

cases heard by Magistrate Judge Recio but, because there was a

question regarding the vacation of the criminal conviction, it

was removed from the group.

                              Respectfully submitted,

                              MICHAEL T. SHELBY
                              United States Attorney
                              Southern District of Texas


                              LISA M. PUTNAM
                              Special Assistant U.S. Attorney
                              P.O. Box 1711
                              Harlingen, Texas 78551
                              Tel:  (956) 389-7051
                              Georgia Bar No. 590315
May 2, 2003                   Federal Bar No. 23937

## CERTIFICATE OF SERVICE


I hereby certify that a true copy of the foregoing List of Related Cases was mailed via first class mail, postage prepaid to:

>Paula S. Waddle, Esquire
>South Texas Immigration Council
>107 N. Third St.
>Harlingen, TX  78550
>
>Lisa Brodyaga, Esquire
>Refugio Del Rio Grande
>17891 Landrum Park Rd.
>San Benito, TX  78586
>
>Jodi Goodwin, Esquire
>1322 E. Tyler
>Harlingen, TX  78550


on this 2nd day of May, 2003.



_____
LISA M. PUTNAM
Special Assistant United States Attorney