

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 9 2003

Michael N. Milby
Clerk of Court

JAIME PEQUENO-MARTINEZ,            )
                                   )
v.                                 )
                                   )   CIVIL ACTION NO. B-02-214
E.M. TROMINSKI, INS                )
DISTRICT DIRECTOR and              )
JOHN ASHCROFT, ATTORNEY            )
GENERAL OF THE UNITED STATES       )
_____)

**RESPONDENTS' NOTICE OF INCORRECT CITATION**

COME NOW, the Respondents, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and hereby inform the Court that, subsequent to filing its Supplemental Points and Authorities Regarding Habeas Corpus Jurisdiction, the Respondents received notice that the decision in Flores-Garza v. INS, ___ F.3d ___, 2003 WL 1893262 (5th Cir. April 17, 2003) had been withdrawn by the Fifth Circuit Court of Appeals. However, the decision has been reinstated and the correct citation is: Flores-Garza v. INS, ___ F.3d ___, 2003 WL 1893262 (5th Cir. May 2, 2003).

Since the reinstated decision does not contain any substantive differences, the Respondents' position, as set forth

in the Supplemental Points and Authorities Regarding Habeas Corpus Jurisdiction, remains unchanged.

                                    Respectfully submitted,

                                    MICHAEL T. SHELBY
                                  United States Attorney
                                  Southern District of Texas

                                  LISA M. PUTNAM
                                  Special Assistant U.S. Attorney
                                  P.O. Box 1711
                                  Harlingen, Texas 78551
                                  Tel: (956) 389-7051
                                  Georgia Bar No. 590315
May 7, 2003                       Federal Bar No. 23937

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Respondents' Notice of Incorrect Citation was mailed via first class mail, postage prepaid to:

> Paula S. Waddle, Esquire
> South Texas Immigration Council
> 107 N. Third St.
> Harlingen, TX  78550

on this 7th day of May, 2003.

_____
LISA M. PUTNAM
Special Assistant United States Attorney