IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 8 2003

Michael N. Milby
Clerk of Court

JAIME PEQUENO-MARTINEZ, )
)
v. )
) CIVIL ACTION NO. B-02-214
E.M. TROMINSKI, INS )
DISTRICT DIRECTOR and )
JOHN ASHCROFT, ATTORNEY )
GENERAL OF THE UNITED STATES )
_____)

**NOTICE OF FILING AMENDED PROPOSED ORDER GRANTING
UNOPPOSED MOTION TO HOLD IN ABEYANCE**

COME NOW, the Respondents, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and hereby file the attached amended proposed order granting Respondents' unopposed motion to hold the proceedings in abeyance.

A bag and baggage notice was served on Petitioner on August 9, 2002. The policy within the district is to cancel the bag and baggage notice upon the filing of a Petition for Writ of Habeas Corpus in federal District Court. However, the Petitioner requests that this Court stay the enforcement of any final order of removal in this case until otherwise ordered by this Court. The Respondents do not consider such an order to be necessary, but have nonetheless agreed to include Petitioner's

request in the proposed order granting the unopposed motion to hold the proceedings in abeyance.

Therefore, in the interest of judicial economy, the parties respectfully renew their motion that proceedings in this case should be held in abeyance pending a final resolution of <u>Salazar-Regino</u> and the consolidated cases. Further, the parties request that enforcement of the final removal order be stayed pending further orders of this Court.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

_____
LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
Federal Bar No. 23937

Dated May 23, 2003

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of the same in the United States mail, properly addressed, first class postage prepaid, to:

>Paula S. Waddle, Esquire
>SOUTH TEXAS IMMIGRATION COUNCIL
>107 N. Third St.
>Harlingen, TX  78550

on this the 23rd day of May, 2003.

_____
LISA M. PUTNAM
Special Assistant United States Attorney