IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAIME PEQUENO-MARTINEZ | § | |
| | § | |
| VS. | § | CIVIL NO. B-02-214 |
| | § | |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR | § | |
| AND JOHN ASHCROFT, ATTORNEY | § | |
| GENERAL OF THE UNITED STATES | § | |

# ORDER

Respondents' Motions to Strike and Dismiss are denied. The Respondents' Motion to Hold the Case in Abeyance is granted in part and denied in part (see attached Memorandum Opinion) pending the outcome of the District Court's decision in the cases consolidated in <u>Laura Estela Salazar-Regino, et al. v. E.M. Trominski, Ins. District Director, et al.</u>, Cause No. B-02-045 (S.D. Tex.—Brownsville Division). Petitioner's Motion for Leave to File Supplemental Pleadings is granted. Pursuant to the Opinion issued today by this Court, Petitioner's Petition for Writ of Habeas Corpus is hereby denied in part and stayed in part. All other pending motions are denied. A final judgment will be issued once the stay is lifted.

It is FURTHER ORDERED that the parties shall be given 60 days from the entry of any dispositive District Court order in <u>Salazar-Regino v. Trominski</u> to file any additional pleadings in this matter, as appropriate, in light of the final disposition of <u>Salazar-Regino v. Trominski</u> and the consolidated cases.

It is FURTHER ORDERED that any enforced departure of Petitioner based on the final order of removal to Mexico be stayed pending further orders of this Court.

Signed in Brownsville, Texas on the 8th day of September, 2003.

Andrew S. Hanen
United States District Judge