IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAIME PEQUENO-MARTINEZ | § | |
| | § | |
| VS. | § | CIVIL NO. B-02-214 |
| | § | |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR | § | |
| AND JOHN ASHCROFT, ATTORNEY | § | |
| GENERAL OF THE UNITED STATES | § | |

# ORDER

The Petitioner's Unopposed Motion for Continuance of Abatement having been duly filed in the above-entitled proceeding, the Court having considered the Motion and having determined that the Motion should be granted, it is

**Ordered** that the Petitioner's Unopposed Motion for Continuance of Abatement be and hereby is granted in all things; the case shall be held in abeyance until a final, non-appealable dispositive order is entered in <u>Salazar-Regino v. Trominski</u> now on appeal to the Court of Appeals for the Fifth Circuit as Case No. 03-41492. Both parties shall immediately inform this court of any action taken by the Fifth Circuit in <u>Salazar-Regino</u> and provide the court with any order and/or opinion issued in that case following which the parties shall be given sixty (60) days of the entry of said order to file any additional pleadings in this matter.

Signed this 18th day of November, 2003.

_____
Andrew S. Hanen
United States District Judge