UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 3 2006

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JAIME PEQUENO-MARTINEZ  ( | |
| ) | |
| Petitioner  ( | Case Civil No. B-02-214 |
| ) | DHS A No. 36-739-517 |
| v.  ( | |
| ( | |
| E. M. TROMINSKI  ) | |
| ( | |
| AND  ) | |
| ( | |
| ALBERTO R. GONZALES  ) | |
| U.S ATTORNEY GENERAL  ( | |

## MOTION FOR SUBSTITUTION

Now comes Seferino I. Trevino Jr., an attorney employed with South Texas Immigration Council, Inc., and shows the court that Attorney Paula Waddle, the attorney of record in this case is no longer employed with South Texas Immigration Council, Inc., and that Seferino I. Trevino Jr. is employed with South Texas Immigration Council, Inc. and is now the attorney representing the above named Petitioner in this case.

It is therefore requested that the court enter an order that Seferino I. Trevino be substituted in this case as the attorney of record in the place of Attorney Paula Waddle.

Seferino I. Trevino Jr.
Attorney for Petitioner
4973 W. Expressway 83
Harlingen, Texas 78552
956-425-6987 Fax # 956-425-7434
Texas Bar # 20212700
Federal ID No. 1935

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a copy of the above Motion for Substitution and Notice of Hearing was mailed to the following, postage prepaid, on the 2nd day of March, 2006.

**Assistant District Counsel, ICE/DHS**
**PO BOX 1711**
**Harlingen, Texas 78551**

_____
Attorney for Petitioner