IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| JAIME PEQUENO-MARTINEZ | § | |
| | § | |
| VS. | § | CIVIL NO. B-02-214 |
| | § | |
| E. M. TROMINSKI, INS District Director and | § | |
| JOHN ASHCROFT, Attorney General of the | § | |
| United States | § | |

## ORDER

Pending before the Court is Petitioner's Motion for Substitution. *Docket No. 27*. Said motion is hereby **GRANTED**. It is, therefore, **ORDERED** that Seferino I. Trevino, Jr., be substituted in this case as the attorney of record for Petitioner.

Signed in Brownsville, Texas, this 7th day of March, 2006.

Andrew S. Hanen
United States District Judge