IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| JAIME PEQUENO-MARTINEZ | § | |
| | § | |
| VS. | § | CIVIL NO. B-02-214 |
| | § | |
| E. M. TROMINSKI, INS District Director and | § | |
| JOHN ASHCROFT, Attorney General of the | § | |
| United States | § | |

## SHOW CAUSE ORDER

The parties are hereby **ORDERED** to show cause why this Court should not transfer the above-styled case to the Fifth Circuit pursuant to 8 U.S.C. § 1252 as amended by the Real ID Act, § 106, Pub. L. No. 109-13, 119 Stat. 231 (2005). The parties have until Friday, March 17, 2006, to file a response informing the Court whether it retains jurisdiction over this matter.

Signed in Brownsville, Texas, this 9th day of March, 2006.

Andrew S. Hanen
United States District Judge