**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JAMIE PEQUENO-MARTINEZ | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. B-02-214 |
| E.M. TROMINSKI, INS District Director | ) | |
| and JOHN ASHCROFT, | ) | |
| Attorney General of the United States. | ) | |
| | ) | |
| | ) | |

**UNOPPOSED MOTION TO TRANSFER**

On May 11, 2005, the REAL ID Act of 2005 became law. The REAL I D Act, is found within Division B of the "Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Tsunami Relief, 2005," Pub. L. No. 109-13, 119 Stat. 231. Specifically, §106 of Title I ("Amendments to Federal Laws to Protect Against Terrorist Entry") is entitled "Judicial Review of Orders of Removal." The effective date is May 11, 2005.

Section 106(c) provides that any case pending in district court in which an alien challenges a final administrative order of removal, deportation, or exclusion shall be transferred by the district court to the appropriate court of appeals. This is such a case.

Therefore, Respondents move this case be transferred to the United States Court

of Appeals for the Fifth Circuit.  Petitioner **does not** oppose the transfer.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

s/ Lisa M. Putnam
LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel:  (956) 389-7051
Georgia Bar No. 590315
March 23, 2006                                    Federal Bar No. 2393

**CERTIFICATE OF NON OPPOSITION**

The undersigned has conferred with opposing counsel who is not opposed to this

motion.

/s/ Lisa M. Putnam
LISA M. PUTNAM
Special Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Unopposed Motion to Transfer

was mailed via first class mail, postage pre-paid, addressed to:

Seferino I. Trevino, Jr.
4793 W. Expressway 83
Harlingen, TX 78552

on the 23nd day of March, 2006.

/s/ Lisa M. Putnam
LISA M. PUTNAM
Special Assistant United States Attorney