IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JAMIE PEQUENO-MARTINEZ ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-02-214 |
| E.M. TROMINSKI, INS District Director ) | |
|     and JOHN ASHCROFT, ) | |
|     Attorney General of the United States. ) | |
| ) | |
| _____) | |

**ORDER**

Upon consideration of Respondents' Unopposed Motion to Transfer,

IT IS ORDERED that Respondents' motion is **GRANTED** and the case is transferred to the Fifth Circuit Court of Appeals.

Dated this _____ day of _____, 2006, in Brownsville, Texas.

_____
United States District Court Judge