IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 2 3 2006
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JAMIE PEQUENO-MARTINEZ ) | |
| ) | |
| v. ) | CIVIL ACTION NO. B-02-214 |
| ) | |
| E.M. TROMINSKI, INS District Director ) | |
| and JOHN ASHCROFT, ) | |
| Attorney General of the United States. ) | |

## ORDER

Upon consideration of Respondents' Unopposed Motion to Transfer,

IT IS ORDERED that Respondents' motion is **GRANTED** and the case is transferred to the Fifth Circuit Court of Appeals.

Dated this 23rd day of March, 2006, in Brownsville, Texas.

_____
United States District Court Judge