UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

March 28, 2006

Mr. Charles R. Fulbruge, III, Clerk　　　Re:　**Jaime Pequeno-Martinez**
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102　　　　　　　　vs.
New Orleans, Louisiana 70130

**E.M. Trominski, et al**

CA B-02-214

Dear Sir:

Pursuant to Administrative Order in accordance with the REAL ID Act dated July 8, 2005, issued by the United States Court of Appeals for the Fifth Circuit, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the Order transferring the case and docket entries.

[X] Record consisting of _2_ Volume(s) of the record; _0_ Volume(s) of the transcript and _1_ Volume of Administrative Record.

[ ] Other:_____

[X] U.S. District Judge entering the order transferring this case is:_____

____Andrew S. Hanen____

[ ] Court reporter assigned to this case is___Barbara Barnard___

[ ] This case was transferred without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _____
　　Bertha A. Vasquez, Deputy Clerk

cc:　Seferino Islas Trevino, Jr., P. O. Box 531585, Harlingen, TX 78553
　　Lisa M. Putnam, P. O. Box 1711, Harlingen, TX 78551